error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE STROMAN, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE R. SCHROM, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Carni, Green and Gorski, JJ.

■ GRIFFITH OIL COMPANY, INC., et al., Appellants, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respondent, et al., Defendants. (Appeal No. 2.) [896 NYS2d 277]—Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

■ YASMIN KABIR, Appellant, v COUNTY OF MONROE et al., Respondents. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

■ YASMIN KABIR, Appellant, v COUNTY OF MONROE et al., Respondents. [896 NYS2d 276]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

■ ALAN J. HERDZIK, Individually and as Parent and Natural Guardian of SCOTT HERDZIK, Appellant-Respondent, v TOM CHOJNACKI et al., Respondents, and JAMES LOMMER, SR., et al., Respondents-Appellants, et al., Defendants. JAMES LOMMER, SR., et al., Third-Party Plaintiffs, v HOWARD MICHEL et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ ALAN J. HERDZIK, Individually and as Parent and Natural Guardian of SCOTT HERDZIK, Appellant, v JAMES LOMMER, SR., et al., Respondents. (Appeal No. 2.) [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Respondents. (Appeal No. 1.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Respondents, et al., Defendants. (Appeal No. 2.) [896 NYS2d

277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Defendants, and THOMAS S. SOJA, Respondent. (Appeal No. 3.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Defendants, and ANDREW S. KOWALCZYK et al., Respondents. (Appeal No. 4.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Defendants, and ROBERT CALLI et al., Respondents. (Appeal No. 5.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 1.) LORD AND TAYLOR CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 2.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) (Appeal No. 1.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 1.) LORD & TAYLOR CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 2.) KAUFMANN's CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 3.) In the Matter of the CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B),